IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN LORENZO BARELA, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MARTHA UNDERWOOD, WARDEN, ) | |
| ) | |
| Respondent. ) | Civil Action No. 3:18-CV-3217-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 should be denied. Petitioner has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is hereby **DENIED**.

SO ORDERED this 30th day of September, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE